DANIEL G. BOGDEN
United States Attorney
CARLA B. HIGGINBOTHAM
Assistant United States Attorney
100 W. Liberty Street, Ste. 600
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181

Attorneys for Plaintiff

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 9 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ANTOINE MOUTON,<br><br>Defendant. | INDICTMENT FOR VIOLATION OF:<br><br>TITLE 18, UNITED STATES CODE,<br>SECTION 2250(a)- Failure to Register<br><br>3:12-cr-00049-RCJ -VPC |

**THE GRAND JURY CHARGES THAT:**

Between on or about the August 1, 2011, and on or about January 5, 2012, in the District of Nevada, ANTOINE MOUTON, the defendant herein, an individual required to register under the Sex Offender Registration and Notification Act, who is a sex offender as defined for the purposes of the Sex Offender Registration and Notification Act by reason of a conviction under Federal law and who did travel in interstate commerce, knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act, all in violation of Title 18 United States Code Section 2250(a).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

_____
CARLA B. HIGGINBOTHAM
Assistant United States Attorney