JEREMY M. DELICINO
Nevada Bar No. 9331
10 West Broadway, Suite 650
Salt Lake City, Utah 84101
(801) 364-6474 (Voice)
(801) 364-5014 (Fax)
Attorney for Defendant,
Antoine Mouton

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:12-CR-00049-RCJ-VPC |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE TRIAL |
| ANTOINE MOUTON, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Carla Higginbotham, Assistant United State Attorney, counsel for the United States of America, and Jeremy M. Delicino, counsel for Antoine Mouton, that the calendar call currently scheduled for October 22, 2012 and the trial currently scheduled for October 30, 2012 at 9:00 a.m., be vacated and set to a date and time convenient for this Court; however, no event earlier than (30) days.

This Stipulation is entered into for the following reasons:

1.    Counsel for Mr. Mouton needs additional time to confer with Mr. Mouton's counsel in California to see if a global resolution in this matter is possible. While it is anticipated that the instant case will be resolved by plea shortly, counsel would like to confer with Steve Kalar, Mouton's federal attorney in California, to obtain the best resolution for both cases.

2.    The defendant does not object to the continuance.

3.    The United States agrees to the continuance.

4.    The additional time requested herein is not sought for purpose of delay, but merely to allow counsel for the defendant sufficient time to effectively negotiate a global resolution of Mr. Mouton's case, if possible.

5.     The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

DATED this 12th day of October, 2012.

DANIEL G. BOGDEN
United States Attorney


/s/ Jeremy M. Delicino
By:_____

JEREMY M. DELICINO
Counsel for Antoine Mouton

/s/ Carla Higginbotham
By:_____

CARLA HIGGINBOTHAM
Assistant United States Attorney
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

ANTOINE MOUTON,

              Defendant.

3:12-CR-00049-RCJ-VPC

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

FINDING OF FACTS

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      Counsel for Mr. Mouton needs additional time to confer with Mr. Mouton's counsel in California to see if a global resolution in this matter is possible. While it is anticipated that the instant case will be resolved by plea shortly, counsel would like to confer with Steve Kalar, Mouton's federal attorney in California, to obtain the best resolution for both cases.

2.      The defendant does not object to the continuance.

3.      The United States agrees to the continuance.

4.      The additional time requested herein is not sought for purpose of delay, but merely to allow counsel for the defendant sufficient time to effectively and thoroughly research, prepare and file appropriate pretrial motions, and prepare for trial.

5.      The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

1

<u>CONCLUSIONS OF LAW</u>

2      The ends of justice served by granting said continuance outweigh the best interest of the

3 public and the defendant in a speedy trial, since the failure to grant said continuance would be

4 likely to result in a miscarriage of justice, would deny the defendant sufficient time and the

5 opportunity within which to be able to effectively and thoroughly prepare for trial, taking into

6 account the exercise of due diligence.

7      The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United

8 States Code, Section 3161(h)(1)(A), 3161(h)(7) and Title 18, United States Code, Sections

9 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

10

<u>ORDER</u>

11      IT IS THEREFORE ORDERED that the calendar call currently scheduled for October 22,

12 2012, be vacated and continued to November 26, 2012.  In addition, the trial currently scheduled

13 for October 30, 2012, should be vacated and continued to December 18, 2012.

14      DATED this _____ day of October, 2012.

15

16                               _____

17                               ROBERT C. JONES
                              UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28