JEREMY M. DELICINO – 9331
Attorney at Law
10 West Broadway, Suite 650
Salt Lake City, UT 84101
Telephone: (801) 364-6474
Facsimile: (801) 364-5014
Jeremy@jeremydelicino.com

Attorney for Antoine Mouton

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | 3:12-cr-00049-RCJ-VPC-1 |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEAL |
| ANTOINE MOUTON, | |
| Defendant. | |

NOTICE is hereby given that the defendant appeals from the judgment and sentence signed by this court on the 8th day of May, 2013, to the Ninth Circuit Court of Appeals.

DATED this 15th day of May, 2013.

By: /s/ Jeremy M. Delicino
JEREMY M. DELICINO
Attorney for Defendant

<u>CERTIFICATE OF ELECTRONIC SERVICE</u>

The undersigned hereby certifies that she is an employee of Jeremy M. Delicino, LLC and is a person of such age and discretion as to be competent to serve papers.

That on May 15, 2013, she served an electronic copy of the above and foregoing <u>NOTICE OF APPEAL</u> by electronic service (ECF) to the person named below:

Carla B. Higginbotham
carla.higginbotham@usdoj.gov,Joanie.Silvershield@usdoj.gov,judy.farmer@usdoj.gov

/s/ Lannea Butler<br>Secretary to Jeremy M. Delicino