UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff-Appellee,<br>vs.<br><br>ANTOINE MOUTON,<br><br>                Defendant-Appellant. | District No.   3:12-cr-00049-RCJ-VPC-1<br><br>U.S.C.A. No.   13-10255 |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on   July 21, 2014 , issued its judgment I **VACATING IN PART** and REMANDING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this 13th day of August, 2014.

_____
Robert C. Jones
Chief United States District Judge