JEREMY M. DELICINO – 9331
Attorney at Law
10 West Broadway, Suite 650
Salt Lake City, UT 84101
Telephone: (801) 364-6474
Facsimile: (801) 364-5014
Jeremy@jeremydelicino.com

*Attorney for Antoine Mouton*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | 3:12-cr-00049-RCJ-VPC-1 |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ANTOINE MOUTON, | |
| Defendant. | |

Based on counsel's motion and for good cause, it is hereby ORDERED that Jeremy M. Delicino is permitted to withdraw as CJA counsel in this matter.

DATED this_____day of July, 2015.

_____
HON. ROBERT C. JONES
United States District Judge