KENDALL S. STONE, ESQ.
Nevada Bar No. 15337
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
ANTOINE MOUTON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANTOINE MOUTON<br><br>　　　　　　Defendant. | Case No.: 3:12-cr-00049-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(Fourth Request) |

　　　IT IS HEREBY STIPULATED by and between ANTOINE MOUTON, Defendant, by and through his counsel KENDALL S. STONE, ESQ, and the United States of America, DAVID KIEBLER, Assistant United States Attorney, that revocation hearing in the above-captioned matter currently scheduled for October 16, 2024 at the hour of 10:30 AM, be vacated and continued to time convenient to the Court but no sooner than sixty days or to a date and time to be set by this Honorable Court.

　　　The Stipulation is entered into for the following reasons:

1. That one of the violations alleged in the petition is a new law violation that may have an effect on any proposed resolution or negotiation in this matter.

2. That the charge stemming out of the new law violation is set for November 18, 2024.

3. That counsel for Mr. Mouton and counsel for the government have been discussing potential negotiations that would take into account all three pending matters.

1

4. That counsel for Mr. Mouton needs additional time to review the new offer with Mr. Mouton and discuss the pending revocation matters with Mr. Mouton to prepare for either a hearing or resolution.

5. That Defendant is incarcerated and has no objection to the continuance.

6. That Counsel for the Government has no objection to the continuance.

7. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.

8. Additionally, denial of this request for continuance would result in a miscarriage of justice.

9. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.

This is the fourth stipulation to continue filed herein

DATED this 9th day of October 2024.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/ | /s/ |
| KENDALL S. STONE, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>ANTOINE MOUTON | DAVID KIEBLER<br>ASSISTANT UNITED STATES ATTORNEY<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

|  |  |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                                )<br>                         Plaintiff,             )<br>                                                                )<br>v.                                                            )<br>                                                                )<br>ANTOINE MOUTON,                           )<br>                                                                )<br>                                                                )<br>                         Defendant.          )<br>_____ ) | Case No.: 3:12-cr-00049-GMN-NJK<br><br>FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW<br><br><br>(Fourth Request) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. That one of the violations alleged in the petition is a new law violation that may have an effect on any proposed resolution or negotiation in this matter.

2. That the charge stemming out of the new law violation is set for November 18, 2024.

3. That counsel for Mr. Mouton and counsel for the government have been discussing potential negotiations that would take into account all three pending matters.

4. That counsel for Mr. Mouton needs additional time to review the new offer with Mr. Mouton and discuss the pending revocation matters with Mr. Mouton to prepare for either a hearing or resolution.

5. That Defendant is incarcerated and has no objection to the continuance.

6. That Counsel for the Government has no objection to the continuance.

7. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.

8. Additionally, denial of this request for continuance would result in a miscarriage of justice.

9. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.

This is the fourth stipulation to continue filed herein

### CONCLUSIONS OF LAW

Denial of this request would deny the parties herein the opportunity to effectively and thoroughly prepare for the revocation hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

### ORDER

**IT IS ORDERED** that the revocation hearing currently scheduled for October 16, 2024 at the hour of 10:30 AM, be vacated and continued to this __17th__ day of __December__, 2024, at the hour of __9:00__ a.m. in Courtroom __7D__.

DATED this __9__ of __October__, 2024.

_____
U.S. DISTRICT JUDGE

4