# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ANTOINE MOUTON,<br><br>　　　　　　　Defendant. | Case No. 3:12-cr-00049-GMN-NJK<br><br>ORDER<br><br>[Docket No. 111] |

Pending before the Court is a motion to withdraw as counsel filed by Defendant Antoine Mouton's appointed attorney, Kendall Stone. Docket No. 111.

Based on Attorney Stone's representations, the Court **GRANTS** the motion. Docket No. 111. The Court **ORDERS** the immediate appointment of new counsel from the CJA panel to represent Defendant. This must be the same new counsel as is being appointed in Case No. 2:15-cr-00346-GMN-NJK. New counsel is directed to contact Attorney Stone immediately upon appointment to arrange for the transfer of the file.

IT IS SO ORDERED.

DATED: November 4, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE