CHRISTOPHER S. MISHLER, ESQ. (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Antoine Mouton*

**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-049-GMN-NJK |
| Plaintiff, | 2:15-cr-346-GMN-NJK |
| v. | |
| ANTOINE MOUTON, | Stipulation to Advance Supervised Release Revocation Hearing |
| Defendant. | |

IT IS HEREBY STIPULATED AND JONTLY AGREED by and between, Sigal Chattah, United States Attorney, District of Nevada, and Tina Snellings, Assistant United States Attorney, counsel for the United States of America, and Christopher Mishler, counsel for defendant Antoine Mouton, that the Supervised Release Revocation Hearing currently scheduled on July 8, 2025, be advanced to a date and time convenient to the Court, parties suggest June 16, 2025 at 9 a.m.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant has discussed the case with Mr. Mouton who desires to resolve his case as soon as possible.

DATED this 27th day of May, 2025.

1
2                                                          SIGAL CHATTAH
                                                           United States Attorney
3              */s/ Christopher Mishler*                      */s/ Tina Snellings*
       By_____           By_____
4      CHRISTOPHER MISHLER                         TINA SNELLINGS
       Counsel for Antoine Mouton                  Assistant United States Attorney
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTOINE MOUTON,<br><br>Defendant. | Case No. 3:12-cr-049-GMN-NJK<br>2:15-cr-346-GMN-NJK<br><br>**ORDER** |

Based on the pending Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Supervised Release Revocation Hearing currently scheduled on July 8, 2025, be vacated and advanced to June 16, 2025 at the hour of 9:00 a.m.

DATED this 28 day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE